AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:18-MJ-01249 | Date and time warrant executed: 5/22/2018 at 6:00AM | Copy of warrant and inventory left with: Tanisha Keyana McCauley |

Inventory made in the presence of:
Tanisha Keyana McCauley

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Attached is one page Evidence Inventory Form, Serial# 18-21585-001, which lists 7 evidence items seized prusuant to a federal search warrant for case 2:18-MJ-01249.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 6/1/2018

_Executing officer's signature_

Carlos Feliciano, Special Agent
_Printed name and title_

AUSA: Andrew Brown, 11th Floor, x0102



# OFFICE OF INSPECTOR GENERAL
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

## EVIDENCE PERSONAL PROPERTY
## INVENTORY FORM

| CERTIFIED INVENTORY OF ☒ EVIDENCE ☐ PERSONAL PROPERTY | SERIAL NUMBER 18-21585-001 |
|---|---|
| ITEM(S)<br>_XX_ Taken From<br>____ Received From      1150 N. Willow Avenue, #L1, Rialto, CA<br>____ Found At<br>____ Other | CASE NO.<br><br>I18-FEMA-LAX-21585 |
| ITEM(S) INVENTORIED BY<br><br>Carlos A Feliciano   *Digitally signed by Carlos A Feliciano*<br>DN: cn=Carlos A Feliciano, o=DHS-OIG,<br>ou=Department of Homeland Security,<br>email=Carlos.Feliciano@oig.dhs.gov, c=US<br>Date: 2018.05.30 14:28:32 -07'00'<br>SIGNATURE – SPECIAL AGENT           DATE | OFFICE<br><br>Los Angeles Resident Office |
| *[signature]*          5/30/18<br>SIGNATURE – REVIEWING SUPERVISOR   DATE | Page _1_ of _2_ |

| ITEM # | DATE RECEIVED & RECEIVED BY | QUANTITY | DESCRIPTION OF EVIDENCE or PERSONAL PROPERTY | VALUE |
|---|---|---|---|---|
| 1 | 5/22/2018<br>Carlos<br>Feliciano | 1 | Mail in various names | |
| 2 | | 1 | Handwritten note with name "Ezekiel" | |
| 3 | | 1 | Walmart Money Cardholder Sheet | |
| 4 | | 1 | 2 Visa Debit Cards and 1 Citiwear Card | |
| 5 | | 1 | Miscellaneous mail, bills, indicia, and checks | |
| 6 | | 1 | iPhone Silver<br>IMEI: 356596081551746 | |
| 7 | | 1 | Samsung Phone Silver and Black<br>SN: RV8H71N1TFA\<br><br>Item(s) _1 - 7_ seized/received by<br>Carlos Feliciano_ from _Apartment L1_,<br>and are marked for identification _CF_. | |
| | | | Total | $0 |

INV FORM-30